**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**(Providence Division)**

| | |
|---|---|
| MARK F. MEDEIROS, **)** | |
| **)** | |
| *Plaintiff,* **)** | |
| **)** | |
| v. **)** | Case No: 1:26-cv-00174-JJM-PAS |
| **)** | |
| HODOSH, LYON & HAMMER, LTD., ET **)** | |
| AL. **)** | |
| **)** | |
| *Defendants.* **)** | |
| **)** | |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW, Defendant Hodosh, Lyon & Hammer, Ltd. (hereinafter "Defendant"), by

and through undersigned counsel, and pursuant to Fed.R.Civ.P. 12(c), submits its Motion for

Judgment on the Pleadings, and in support thereof refers this Honorable Court to its

accompanying Memorandum.

HODOSH, LYON & HAMMER, LTD.

/s/ Scott L. Hammer
Scott L. Hammer, Esq. (#5558)
41 Comstock Parkway
Cranston, Rhode Island 02921
Telephone: (401) 781-0715
Facsimile: (401) 781-9333
E-Mail: shammer@hlhlegal.com


THE LAW OFFICES
 OF RONALD S. CANTER, LLC


/s/ Bradley T. Canter
Bradley T. Canter, Esq. (*pro hac vice*)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanter@roncanterllc.com

*Attorneys for Defendant Hodosh, Lyon &
Hammer, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing was served by ECF/CM procedures to all counsel of record, and by ECF/CM notification to:

Nathalie Vega Orlandini, Esq.
2800 Financial Plaza
Providence, RI 02903
Nathalie.orlandini@troutman.com
*Attorney for Portfolio Recovery Associates, LLC*

And by first class mail, postage prepaid on this 23rd day of June, 2026 to:

Mark F. Medeiros
70 Jastram Street
Providence, RI 02908
markfmdrs@aol.com
*Plaintiff*

<u>/s/ Scott L. Hammer</u>
Scott L. Hammer, Esquire